**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| DARWIN JOSE CARDOZO GONZALEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, DIAMONDBACK CORRECTIONAL FACILITY, *et al.*,<br><br>Respondents. | ) | Case No. CIV-26-1569-PRW |

**ORDER**

Before the Court are Petitioner's Petition for Writ of Habeas Corpus (Dkt. 1) and Motion for Temporary Restraining Order (Dkt. 3). This case is one of many habeas petitions filed by an alien detainee challenging the legal basis for his detention. On July 7, 2026, Magistrate Judge Suzanna Mitchell issued a Report and Recommendation (Dkt. 8) recommending that the Court deny Petitioner's Motion for Temporary Restraining Order. On August 28, 2026, Magistrate Judge Suzanne Mitchell issued a Report and Recommendation (Dkt. 15) recommending that the Court deny Petitioner's request for habeas relief. The Report and Recommendation (Dkt. 15) also recommends that the Court deny as moot Petitioner's Motions to Expedite Consideration of Petition for Writ of Habeas Corpus (Dkts. 11, 13) and Motions for Immediate Release (Dkts. 12, 14).

The July Report and Recommendation (Dkt. 8) advised the parties of their right to object on or before July 28, 2026. The August Report and Recommendation (Dkt. 15)

advised the parties of their right to object on or before September 18, 2026.[1] No party filed an objection to either Report and Recommendation. In the absence of a timely objection, the Court reviews the Reports and Recommendations to confirm that there is no plain error on the face of the record.[2] Finding none, the Court agrees with Judge Mitchell's analyses and conclusions.

For the foregoing reasons, the Court **ADOPTS** both Reports and Recommendations (Dkts. 8, 15); **DENIES** the Petition (Dkt. 1); **DENIES** the Motion for Temporary Restraining Order (Dkt. 3); and **DENIES** as moot Petitioner's Motions to Expedite Consideration of Petition for Writ of Habeas Corpus (Dkts. 11, 13) and Motions for Immediate Release (Dkts. 12, 14).

**IT IS SO ORDERED** this 9th day of October 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

[1] *See* 28 U.S.C. § 636(b)(1) (requiring a district judge to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made" but otherwise permitting a district judge to review the report and recommendations under any standard it deems appropriate).

[2] *Summers v. State of Utah*, 927 F.2d 1165, 1167–68 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").